UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. B-10-1395-05 |
| FERNANDO MARTIN SALAZAR-CISNEROS | § | |

## ORDER

BE IT REMEMBERED on this 11th day of April, 2011, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 05, 2011, wherein the defendant Fernando Martin Salazar-Cisneros waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Fernando Martin Salazar-Cisneros to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant Fernando Martin Salazar-Cisneros  guilty of the offense of  possession with intent to distribute more than 100 kilograms, that is, approximately 328.7 kilos (724.6 lbs) of marihuana,  in violation of  21 U.S.C.  841(a)(1), 841(b)(1)(B) and 18 U.S.C.  2.

Signed this 11th  day of April, 2011.

_____
Andrew S. Hanen
United States District Judge